Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Robin Neal VANDERHEIDEN |
| **Docket Number:** | 1:12CR00047-01 |
| **Offender Address:** | Modesto, California |
| **Judicial Officer:** | Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08/06/2012 |
| **Original Offense:** | 18 USC 371 - Conspiracy (CLASS D FELONY) |
| **Original Sentence:** | 16 months custody of the Bureau of Prisons; 36 month term of supervised release; $100 special assessment; $60,000 restitution. |
| **Special Conditions:** | Submit to search; Not dissipate assets; Financial disclosure and restrictions; Drug/alcohol treatment and testing; Abstain from alcohol; Mental health treatment; Aftercare co-payment; Prohibited from being in the possession of copper wire. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 05/17/2013 |
| **Assistant U.S. Attorney:** | Grant B. Rabenn   **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Mark A. Broughton   **Telephone:** (559) 233-5333 |
| **Other Court Action:** | None |

RE:     Robin Neal VANDERHEIDEN
        Docket Number:  1:12CR00047-001
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

11.     As directed by the probation officer, the defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 180 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary.

**Justification:** On May 17, 2013, Mr. Vanderheiden began his 36-month term of supervised release. On July 19, 2013, Mr. Vanderheiden reported to the probation office and admitted to his recurring use of methamphetamine and marijuana between July 13 and 18, 2013, and stated, "I need help."

It is respectfully requested the modification be granted to assist Mr. Vanderheiden with his ongoing addiction to controlled substances.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**
Telephone:  (209) 574-9429

**DATED:**   July 26, 2013
             Modesto, California
             PRH/lr

**REVIEWED BY:**   /s/ Casey Horner, Sr. for
                   **Jack C. Roberson**
                   **Supervising United States Probation Officer**

RE:     **Robin Neal VANDERHEIDEN**
        **Docket Number:  1:12CR00047-001**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**THE COURT ORDERS:**

( x )   Modification approved as recommended.

cc:     United States Probation
        Grant B. Rabenn, Assistant United States Attorney
        Mark A. Broughton, Assistant Federal Defender
        Defendant
        Court File
IT IS SO ORDERED.

**Dated:   July 26, 2013**          /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE